IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL D. VAN DEELEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARION JOHNSON and ) | Case No. 05-4039-SAC |
| STEVEN MILES and ) | |
| DALE FLORY and ) | |
| THE BOARD OF COUNTY ) | |
| COMMISSIONERS OF THE COUNTY ) | |
| OF DOUGLAS, KANSAS, ) | |
| ) | |
| Defendants. ) | |

## MOTION IN LIMINE

Defendants move the Court for an order in limine precluding plaintiff from submitting argument, evidence or innuendo regarding the following matters:

1. Challenges to the validity of the appraisals of the real estate owned by Linda Van Deelen.

2. A lawsuit filed by plaintiff against defendants' former counsel Mike Seck and others and resolution of that lawsuit.

Defendants submit a separate memorandum in support of their motion.

Respectfully submitted,

s/J. Steven Pigg
J. Steven Pigg         #09213
Attorney for Defendants
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street, P. O. Box 949
Topeka, KS 66601-0949
Phone number: (785) 232-7761
Fax number: (785) 232-6604
Attorney's E-mail address: spigg@fisherpatterson.com

T0371638.WPD

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: No one. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Michael D. Van Deelen
P. O. Box 554
Eudora, Kansas 66025

                                        s/J. Steven Pigg
                                        J. Steven Pigg          #09213
                                        Attorney for Defendants
                                        FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
                                        3550 S.W. 5th Street
                                        P. O. Box 949
                                        Topeka, KS  66601-0949
                                        Phone number:  (785) 232-7761
                                        Fax number:  (785) 232-6604
                                        Attorney's E-mail address:  spigg@fisherpatterson.com